SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY A. REYNOLDS 2008 REVOCABLE TRUST; R.W. "SKIP" REYNOLDS, TRUSTEE OF CATHY A. REYNOLDS 2008 REVOCABLE TRUST; RHYS HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; MELORIA HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; ESTATE OF CATHY A. REYNOLDS; R. W. "SKIP" REYNOLDS as Executor of the Estate of Cathy A. Reynolds; and R. W. "SKIP" REYNOLDS as Conservator of the Estate of Cathy A. Reynolds,<br><br>                    Plaintiffs,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendants. | Case No.  2:12-cv-00417 JAM-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant Metropolitan Life Insurance Company by and through their respective attorneys of record, as follows:

1  Mediation had been scheduled to take place on October 4, 2012 before JAMS Mediator Judge Ellen Sickle James (Ret.), and the parties were to have filed an updated joint status report on or before October 12, 2012. (See Docket No. 9).  Due to scheduling issues that arose after that mediation date was selected, the parties agreed that it was necessary to postpone the mediation to November 27, 2012, the earliest date that Judge James, the parties and counsel all had available for mediation.  Accordingly, the parties seek an order that: (1) they be given until November 27, 2012 to complete mediation; (2) they be excused from filing an updated joint status report by October 12, 2012; and (3) they be given until December 7, 2012 to submit an updated joint status report concerning the outcome of the mediation.

**IT IS SO STIPULATED.**

DATED: October 11, 2012            HELLER & HIBBERT


                                   By: */s/ Steven M. Heller (as authorized 10/11/12)*
                                        Steven M. Heller
                                        Attorneys for Plaintiffs

DATED:  October 11, 2012           SEDGWICK LLP


                                   By:  */s/ Mark J. Hancock*
                                        Rebecca A. Hull
                                        Mark J. Hancock
                                        Attorneys for Defendant

**ORDER**

Good cause appearing and pursuant to the above Joint Stipulation to Continue Mediation Completion Deadline, it is HEREBY ORDERED as follows:

1. The parties shall have until November 27, 2012 to complete mediation;

2. The parties are excused from filing an updated joint status report by October 12, 2012;

3. The parties shall have until December 7, 2012 to submit an updated joint status report concerning the outcome of the mediation.

Date: 10/11/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge