SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY A. REYNOLDS 2008 REVOCABLE TRUST; R.W. "SKIP" REYNOLDS, TRUSTEE OF CATHY A. REYNOLDS 2008 REVOCABLE TRUST; RHYS HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; MELORIA HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; ESTATE OF CATHY A. REYNOLDS; R. W. "SKIP" REYNOLDS as Executor of the Estate of Cathy A. Reynolds; and R. W. "SKIP" REYNOLDS as Conservator of the Estate of Cathy A. Reynolds,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.  2:12-cv-00417 JAM-DAD<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE MEDIATION COMPLETION DEADLINE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant Metropolitan Life Insurance Company by and through their respective attorneys of record, as follows:

Mediation had been scheduled to take place on October 4, 2012 before JAMS Mediator Judge Ellen Sickle James (Ret.). However, on October 12, 2012, the Court signed a stipulation and order extending the mediation completion deadline to November 27, 2012, and the status report-filing deadline to December 7, 2012, as a result of attorney scheduling issues arising after the mediation date had been selected. As the parties were preparing for the rescheduled mediation to be held before Judge James on November 27, 2012, the parties determined that both sides may have additional documents that should be produced and reviewed in advance of the mediation, and that such production and review could not occur prior to November 27, 2012. Accordingly, the parties agreed that it would be best to further postpone the mediation in order to maximize the likelihood that the mediation would be effective.

At this time the parties seek an order that: (1) they be given approximately 60 days from November 27, 2012, or until January 28, 2013, to complete mediation; (2) they be excused from filing an updated joint status report by December 7, 2012; and (3) they be given until February 4, 2013 to submit an updated joint status report concerning the outcome of the rescheduled mediation.

**IT IS SO STIPULATED.**

DATED: November 29, 2012     HELLER & HIBBERT

By: */s/ Steven M. Heller (as authorized 11/29/12)*
    Steven M. Heller
    Attorneys for Plaintiffs

DATED:  November 29, 2012    SEDGWICK LLP

By: */s/ Mark J. Hancock*
    Rebecca A. Hull
    Mark J. Hancock
    Attorneys for Defendant

**ORDER**

Good cause appearing and pursuant to the above Joint Stipulation to Continue Mediation Completion Deadline, it is HEREBY ORDERED as follows:

1. The parties shall have until January 28, 2013 to complete mediation;
2. The parties are excused from filing an updated joint status report by December 7, 2012;
3. The parties shall have until February 4, 2013 to submit an updated joint status report concerning the outcome of the mediation.

Date:  11/29/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge