SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY A. REYNOLDS 2008 REVOCABLE TRUST; R.W. "SKIP" REYNOLDS, TRUSTEE OF CATHY A. REYNOLDS 2008 REVOCABLE TRUST; RHYS HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; MELORIA HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; ESTATE OF CATHY A. REYNOLDS; R. W. "SKIP" REYNOLDS as Executor of the Estate of Cathy A. Reynolds; and R. W. "SKIP" REYNOLDS as Conservator of the Estate of Cathy A. Reynolds,<br><br>                    Plaintiffs,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendants. | Case No.  2:12-cv-00417 JAM-DAD<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE MEDIATION COMPLETION DEADLINE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant Metropolitan Life Insurance Company by and through their respective attorneys of record, as follows:

PDF created with pdfFactory trial version www.pdffactory.com

Mediation had been scheduled to take place on October 4, 2012 before JAMS Mediator Judge Ellen Sickle James (Ret.). However, attorney-scheduling issues arose after the mediation was set and the mediation was taken off calendar. Since this, the court has twice extended the mediation-completion deadline as a result of the parties' conclusion that further investigation was needed before the case would be ripe for mediation. Most recently, the court extended to February 4, 2013 the deadline for the parties to report on mediation.

The parties have not yet completed mediation. The parties are cooperating and have conferred and concluded that additional time is needed for investigation and document production before proceeding with mediation. Accordingly, the parties agree that it would be best to further postpone the mediation-completion and –reporting dates.

At this time the parties seek an order that: (1) they be given approximately 90 days from February 4, 2013, or until May 6, 2013, to complete mediation; (2) they be excused from filing an updated joint status report by February 4, 2013; and (3) they be given until May 10, 2013 to submit an updated joint status report concerning the outcome of the rescheduled mediation.

**IT IS SO STIPULATED.**

DATED: February 4, 2013            HELLER & HIBBERT

By: */s/ Steven M. Heller (as authorized on 2/04/13)*
    Steven M. Heller
    Attorneys for Plaintiffs

DATED:  February 4, 2013            SEDGWICK LLP

By: */s/ Rebecca A. Hull*
    Rebecca A. Hull
    Mark J. Hancock
    Attorneys for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Good cause appearing and pursuant to the above Joint Stipulation to Continue Mediation Completion Deadline, it is HEREBY ORDERED as follows:

1. The parties shall have until May 6, 2013 to complete mediation;

2. The parties are excused from filing an updated joint status report by February 4, 2013;

3. The parties shall have until May 10, 2013 to submit an updated joint status report concerning the outcome of the mediation.

Date:  2/4/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com