1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   MARK J. HANCOCK Bar No. 160662
3  mark.hancock@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CATHY A. REYNOLDS 2008 REVOCABLE TRUST; R.W. "SKIP" REYNOLDS, TRUSTEE OF CATHY A. REYNOLDS 2008 REVOCABLE TRUST; RHYS HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; MELORIA HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; ESTATE OF CATHY A. REYNOLDS; R. W. "SKIP" REYNOLDS as Executor of the Estate of Cathy A. Reynolds; and R. W. "SKIP" REYNOLDS as Conservator of the Estate of Cathy A. Reynolds,<br><br>                     Plaintiffs,<br><br>        v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                     Defendants. | Case No.  2:12-cv-00417 JAM-DAD<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE MEDIATION COMPLETION DEADLINE** |

23

24        **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and

25  Defendant Metropolitan Life Insurance Company by and through their respective attorneys of

26  record, as follows:

27

28

SF/2580223v1

                                   1

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE MEDIATION
COMPLETION DEADLINE

1    Mediation had been scheduled to take place on October 4, 2012 before JAMS Mediator

2  Judge Ellen Sickle James (Ret.).  However, attorney-scheduling issues arose after the mediation

3  was set and the mediation was taken off calendar.  Since then, the court has thrice extended the

4  mediation-completion deadline as a result of the parties' conclusion that further investigation

5  was needed before the case would be ripe for mediation.  Most recently, the court extended to

6  May 10, 2013 the deadline for the parties to report on mediation.

7    The parties have not yet completed mediation.  The parties continue to cooperate in the

8  factual investigation.  They have conferred and concluded that additional time is needed for

9  investigation and document production before proceeding with mediation.  Accordingly, the

10  parties agree that it would be best to further postpone the mediation-completion and –reporting

11  dates.

12    At this time the parties seek an order that: (1) they be given approximately 90 days from

13  May 10, 2013, or until August 7, 2013, to complete mediation; (2) they be excused from filing an

14  updated joint status report by May 10, 2013; and (3) they be given until August 14, 2013 to

15  submit an updated joint status report concerning the outcome of the rescheduled mediation.

16    **IT IS SO STIPULATED.**

17

18  DATED: May 9, 2013            HELLER & HIBBERT

19

20                  By: */s/ Steven M. Heller (as authorized on        )*
                        Steven M. Heller
21                      Attorneys for Plaintiffs

22
    DATED:  May 9, 2013           SEDGWICK LLP
23

24                  By:  */s/ Mark J. Hancock*
                        Rebecca A. Hull
25                      Mark J. Hancock
                        Attorneys for Defendant
26

27

28

SF/2580223v1                                    2

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE MEDIATION
COMPLETION DEADLINE

**ORDER**

Good cause appearing and pursuant to the above Joint Stipulation to Continue Mediation Completion Deadline, it is HEREBY ORDERED as follows:

1. The parties shall have until August 7, 2013 to complete mediation;

2. The parties are excused from filing an updated joint status report by May 10, 2013;

3. The parties shall have until August 14, 2013 to submit an updated joint status report concerning the outcome of the mediation.


Date:   5/10/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge