1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   MARK J. HANCOCK Bar No. 160662
3  mark.hancock@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CATHY A. REYNOLDS 2008 REVOCABLE TRUST; R.W. "SKIP" REYNOLDS, TRUSTEE OF CATHY A. REYNOLDS 2008 REVOCABLE TRUST; RHYS HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; MELORIA HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; ESTATE OF CATHY A. REYNOLDS; R. W. "SKIP" REYNOLDS as Executor of the Estate of Cathy A. Reynolds; and R. W. "SKIP" REYNOLDS as Conservator of the Estate of Cathy A. Reynolds, <br><br>                Plaintiffs, <br><br>     v. <br><br>METROPOLITAN LIFE INSURANCE COMPANY, <br><br>                Defendants. | Case No.  2:12-cv-00417 JAM-DAD <br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE MEDIATION COMPLETION DEADLINE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant Metropolitan Life Insurance Company by and through their respective attorneys of record, as follows:

SF/2580223v1

1

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE MEDIATION COMPLETION DEADLINE

Mediation had been scheduled to take place on October 4, 2012 before JAMS Mediator Judge Ellen Sickle James (Ret.). However, attorney-scheduling issues arose after the mediation was set and the mediation was taken off calendar. Since then, the court has four times extended the mediation-completion deadline as a result of the parties' conclusion that further investigation was needed before the case would be ripe for mediation. Most recently, the court extended to August 7, 2013 the deadline for the parties to report on mediation.

The parties have not yet completed mediation. The parties continue to cooperate in the factual investigation. They have conferred and concluded that additional time is needed for investigation and document production before proceeding with mediation. Accordingly, the parties agree that it would be best to further postpone the mediation-completion and –reporting dates.

At this time the parties seek an order that: (1) they be given approximately 90 days from August 7, 2013, or until November 5, 2013, to complete mediation; (2) they be excused from filing an updated joint status report by August 14, 2013; and (3) they be given until November 12, 2013 to submit an updated joint status report concerning the outcome of the rescheduled mediation.

**IT IS SO STIPULATED.**


DATED: August 15, 2013            HELLER & HIBBERT


                                  By: */s/ Steven M. Heller (as authorized on 8/15/13)*
                                      Steven M. Heller
                                      Attorneys for Plaintiffs


DATED:  August 15, 2013           SEDGWICK LLP


                                  By: */s/ Mark J. Hancock*
                                      Rebecca A. Hull
                                      Mark J. Hancock
                                      Attorneys for Defendant

SF/2580223v1

2

STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE MEDIATION COMPLETION DEADLINE

**ORDER**

Good cause appearing and pursuant to the above Joint Stipulation to Continue Mediation Completion Deadline, it is HEREBY ORDERED as follows:

1. The parties shall have until November 5, 2013 to complete mediation;

2. The parties are excused from filing an updated joint status report by August 14, 2013;

3. The parties shall have until November 12, 2013 to submit an updated joint status report concerning the outcome of the mediation.

Date:  8/16/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge