SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY A. REYNOLDS 2008 REVOCABLE TRUST; R.W. "SKIP" REYNOLDS, TRUSTEE OF CATHY A. REYNOLDS 2008 REVOCABLE TRUST; RHYS HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; MELORIA HOSKINS, Beneficiary of Cathy A. Reynolds 2008 Revocable Trust and heir of Cathy A. Reynolds, Decedent; ESTATE OF CATHY A. REYNOLDS; R. W. "SKIP" REYNOLDS as Executor of the Estate of Cathy A. Reynolds; and R. W. "SKIP" REYNOLDS as Conservator of the Estate of Cathy A. Reynolds,<br><br>            Plaintiffs,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendants. | Case No.  2:12-cv-00417 JAM-DAD<br><br>**JOINT STATUS STATEMENT AND STIPULATION AND ORDER FOR FURTHER CASE HANDLING** |

SF/2580223v1

1

STIPULATION AND [PROPOSED] ORDER FOR FURTHER CASE HANDLING

1   This is a joint status statement submitted by plaintiffs and defendant Metropolitan Life
2   Insurance Company ("MetLife").
3   The parties had contemplated going to mediation in this case, but realized that certain
4   records needed to be obtained from a third-party insurance agent before the parties could assess
5   whether the case was suitable for mediation.  MetLife sought to obtain that third-party
6   information but there were delays in the process.  However, MetLife now believes that it will be
7   able to obtain and produce the records to plaintiffs within the next week or two.
8   The parties continue to cooperate with respect to the handling of the case.  The parties
9   plan to review the records and then meet and confer as to what the next steps in the case should
10  be in order to move it toward resolution.  The parties propose that that they be directed to submit
11  a further joint status statement within approximately 60 days, by January 27, 2014.
12  **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and
13  Defendant Metropolitan Life Insurance Company by and through their respective attorneys of
14  record, that the parties be given until January 27, 2014, to submit a further joint status report on
15  the handling of the case.
16  **IT IS SO STIPULATED.**

18  DATED: November __, 2013        HELLER & HIBBERT

20                                  By: */s/ Steven M. Heller (as authorized on        )*
21                                      Steven M. Heller
                                        Attorneys for Plaintiffs

22  DATED:  November __, 2013       SEDGWICK LLP
23
24                                  By:  */s/ Mark J. Hancock*
25                                       Rebecca A. Hull
                                         Mark J. Hancock
26                                       Attorneys for Defendant

SF/2580223v1

2
STIPULATION AND [PROPOSED] ORDER FOR FURTHER CASE HANDLING

## **ORDER**

Good cause appearing and pursuant to the above joint status statement and stipulation, it is HEREBY ORDERED that the parties shall have until January 27, 2014 to submit a further joint status statement.

Date:  11/26/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge