UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY A. REYNOLDS 2008 REVOCABLE TRUST, et al., | No.  2:12-cv-0417 JAM DAD |
| Plaintiffs, | |
| v. | ORDER |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

On October 31, 2014, this matter came before the undersigned for hearing of plaintiffs' motion to compel discovery and defendant's motion for a protective order.  Attorney Daniel Glass appeared on behalf of the plaintiffs and attorney Mark Hancock appeared on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

    1. Plaintiffs' motion to compel (Dkt. No. 34) is granted;

    2. Defendant's motion for a protective order (Dkt. No. 36) is denied;

    3. The discovery at issue pursuant to the parties' motions shall be stayed for 30 days from the date of this order so that defendant may move for reconsideration of this order; and

/////

1

4. After the expiration of the 30 days, if defendant's motion for reconsideration is not granted, the stay shall be lifted and defendant shall respond to the discovery at issue within fourteen days thereafter.

Dated: November 5, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\reynolds0417.oah.103114.docx